UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CANDACE L. DORNING,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 2:07-CV-2038-RSL-JPD<br><br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (ALJ) will further consider the examining source opinions of Dr. Tietjen (Tr. 190-192), and Dr. Barlett (Tr. 193-200) and Anselm Parlatore, M.D. (Tr. 10-15; submitted to the Appeals Council), and will explain the weight given to such opinion evidence; as appropriate, the ALJ may request the examining sources to provide additional evidence and/or further clarification of the opinions and medical source statements about what Plaintiff can do despite the impairments; the ALJ will further evaluate Plaintiff's subjective complaints, specifically noting her testimony regarding her work experience during high school with the assistance of a job coach and her work at the Day Camp (Tr. 213-224); the ALJ will further evaluate the lay witnesses' testimony and statements, which includes the statements of

Page 1      ORDER- [2:07-CV-2038-RSL-JPD]

Gary Dorning (Tr. 85-93, 107-108) and Fleta Dorning (Tr. 227-233) and the school records that discuss Plaintiff's work experiences as a high school student with a job coach (Tr. 125, 129, 147, and 169) and explain the weight afforded, providing appropriate rationale; in light of the further consideration given to the examining source opinions, Plaintiff's testimony, and the testimony and statements from lay witnesses, the ALJ will reassess Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations (20 C.F.R. § 416.945 and Social Security Ruling 96-8p); the ALJ will obtain evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base; and the ALJ will reevaluate Plaintiff's education consistent with 20 C.F.R. § 416.964.

No specific aspect of the Commissioner's final decision is affirmed, and Plaintiff may submit additional evidence and arguments to the ALJ on remand.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 27th day of May, 2008.

*signature*
Robert S. Lasnik
United States District Judge

Recommended for Entry this
23rd day of May, 2008:

s/ JAMES P. DONOHUE
United States Magistrate Judge